KENJI M. PRICE #10523
United States Attorney
District of Hawaii

ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  estefania.baird@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | PO NO. PO18-00115 KSC |
| ) Plaintiff, ) | INFORMATION |
| ) vs. ) | 18 U.S.C. § 13; H.R.S. § 291-12 |
| ) ANKIE L. CRISTOSMO, ) | Citation No.: 6924658/H-10 |
| ) Defendant. ) | A & P Date: 22 May 18 |

INFORMATION

The United States Attorney charges that:

On or about March 14, 2018, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, ANKIE L. CRISTOSMO, defendant herein, unlawfully operated a vehicle without due care or in a manner to cause a collision with, or injury or damage to, any person, vehicle or other property.

All in violation of Hawaii Revised Statute HRS 291-12, a federal offense pursuant to Title 18, United States Code, Section 13.

DATED: April 27, 2018, Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By _____
ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. v. ANKIE L. CRISTOSMO
PO No.
Citation No.: 6924658/H-10
"INFORMATION"